1  NANCY L. OBER, Bar No. 49683
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street
3  20th Floor
   San Francisco, CA  94108.2693
4  Telephone:     415.433.1940

5  Attorneys for Defendant
   FIREMAN'S FUND INSURANCE COMPANY
6  LONG TERM DISABILITY PLAN

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11  DAVID KOEHN,                         Case No.  CV-10-05439-LB

12              Plaintiff,               **STIPULATION AND ~~PROPOSED~~ ORDER
                                         ENLARGING TIME TO RESPOND TO
13       v.                              COMPLAINT**

14  FIREMAN'S FUND INSURANCE             [L.R. 6-1(a)]
    COMPANY LONG TERM DISABILITY
15  PLAN,
                                         Complaint filed:  December 1, 2010
16              Defendant.

17

18         Plaintiff  DAVID  KOEHN  and  Defendant  FIREMAN'S  FUND  INSURANCE

19  COMPANY LONG TERM DISABILITY PLAN, through their respective counsel, hereby stipulate

20  and agree as follows:

21         The time within which Defendant may respond to the Complaint is extended up to

22  and including January 17, 2011.

23         There have been no previous extensions of time in this matter.

24         This extension will not alter the date of any event or deadline already fixed by Court

25  order.

26  //

27  //

28  //

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND ~~PROPOSED~~ ORDER                          Case No.  CV-10-05439-LB

1    Dated: December _____, 2010

2

3                                          /s/ Nancy L. Ober
                                         NANCY L. OBER
4                                        LITTLER MENDELSON
                                         A Professional Corporation
5                                        Attorneys for Defendant
                                         FIREMAN'S FUND INSURANCE
6                                        COMPANY LONG TERM DISABILITY
                                         PLAN
7

8    Dated: December _____, 2010

9

10                                         /s/ Julia Campins
                                         TERESA S. RENAKER
11                                       JULIA CAMPINS
                                         LEWIS, FEINBERG, LEE, RENAKER &
12                                       JACKSON, P.C.
                                         Attorneys for Plaintiff
13                                       DAVID KOEHN

14

15            Pursuant to the stipulation of the parties, IT IS SO ORDERED.

16   Dated: December __22__, 2010

17

18   _____
                                 UNITED STATES MAGISTRATE JUDGE
19

20   Firmwide:99317011.1 042710.1019

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Laurel Beeler
NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER                2.                Case No.  CV-10-05439-LB