NANCY L. OBER, Bar No. 49683
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490
Email:       nlober@littler.com

Attorneys for Defendant
FIREMAN'S FUND INSURANCE COMPANY
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID KOEHN, | Case No.  CV-10-05439-LB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| FIREMAN'S FUND INSURANCE COMPANY LONG TERM DISABILITY PLAN, | [L.R. 6-1(a)] |
| Defendant. | Complaint filed:  December 1, 2010 |

Plaintiff DAVID KOEHN and Defendant FIREMAN'S FUND INSURANCE COMPANY LONG TERM DISABILITY PLAN, through their respective counsel, hereby stipulate and agree as follows:

The time within which Defendant may respond to the Complaint is extended up to and including February 2, 2011.

There has been one previous extension of time in this matter.

This extension will not alter the date of any event or deadline already fixed by Court order.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER            Case No.  CV-10-05439-LB

Dated: January 13, 2011

                                */s/ Nancy L. Ober*
                                NANCY L. OBER
                                LITTLER MENDELSON
                                A Professional Corporation
                                Attorneys for Defendant
                                FIREMAN'S FUND INSURANCE COMPANY LONG TERM DISABILITY PLAN

Dated: January 13, 2011

                                */s/ Teresa S. Renaker*
                                TERESA S. RENAKER
                                JULIA CAMPINS
                                LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
                                Attorneys for Plaintiff
                                DAVID KOEHN

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: January 14, 2011

                                UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED. Judge Laurel Beeler*

Firmwide:99661546.1 042710.1019

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ~~PROPOSED~~ ORDER      2.      Case No. CV-10-05439-LB