| | |
|---|---|
| 1 | Nancy L. Ober  (SBN 49683) |
| | LITTLER MENDELSON |
| 2 | A Professional Corporation |
| | 650 California Street, 20th Floor |
| 3 | San Francisco, CA  94108 |
| | Telephone:  415.433.1940 |
| 4 | Facsimile:  415.399.8490 |
| | E-mail:  nlober@littler.com |
| 5 | |
| 6 | Steven H. Frankel  (SBN 171919) |
| | SNR DENTON US LLP |
| 7 | 525 Market Street, 26th Floor |
| | San Francisco, CA  94105 |
| 8 | Telephone:  415.882.5000 |
| | Facsimile:  415.882.0300 |
| 9 | E-mail:  steven.frankel@snrdenton.com |
| 10 | Attorneys for Defendant |
| | FIREMAN'S FUND INSURANCE COMPANY |
| 11 | LONG TERM DISABILITY PLAN |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID KOEHN, | | Civil Case No.:  CV-10-05439  LB |
| | Plaintiff, | **REQUEST FOR APPROVAL OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT FIREMAN'S FUND INSURANCE COMPANY LONG TERM DISABILITY PLAN AND [PROPOSED] ORDER** |
| | v. | |
| FIREMAN'S FUND INSURANCE COMPANY LONG TERM DISABILITY PLAN, | | |
| | Defendant | [L.R. 11-5] |
| | | Hon. Laurel Beeler |
| | | Complaint Filed:  December 1, 2010 |

   Pursuant to Civil L.R. 11-5, defendant Fireman's Fund Insurance Company Long Term Disability Plan hereby provides notice to all parties, and requests that the Court approve the substitution of Steven H. Frankel of the law firm of SNR Denton US LLP as its attorney of

record in place of Nancy L. Ober of the law firm of Littler Mendelson, who withdraws as its counsel.

I am duly admitted to practice in this District pursuant to Civil L.R. 11-1.

Dated: January 27, 2011                                    SNR DENTON US LLP

                                                By:  /s/ Steven H. Frankel
                                                     Steven H. Frankel (SBN 171919)
                                                     Attorney for Defendant Fireman's Fund
                                                     Insurance Company Long Term Disability
                                                     Plan

I consent to the above substitution.

Dated: January 27, 2011                                    LITTLER MENDELSON

                                                By:  /s/ Nancy L. Ober
                                                     Nancy L. Ober (SBN 49683)


**[~~PROPOSED~~] ORDER**

PURSUANT TO THE REQUEST, Nancy L. Ober of the law firm of Littler Mendelson is permitted to withdraw as counsel of record for defendant Fireman's Fund Insurance Company Long Term Disability Plan and Steven H. Frankel of the law firm of SNR Denton US LLP shall be substituted as counsel of record for defendant Fireman's Fund Insurance Company Long Term Disability Plan. All future pleadings, correspondence and materials served as to defendant Fireman's Fund Insurance Company Long Term Disability Plan shall be directed only to SNR Denton US LLP, and not to Littler Mendelson.

IT IS SO ORDERED.

Dated: 1/31, 2011                                    _____
                                                     Laurel Beeler
                                                     United States Magistrate Judge

-2-

REQUEST FOR APPROVAL OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEFENDANT
FIREMAN'S FUND INSURANCE COMPANY LONG
DISABILITY PLAN AND [~~PROPOSED~~] ORDER
Civil Case No.: CV-10-05439 LB