TERESA S. RENAKER (SBN 187800)
JULIA CAMPINS (SBN 238023)
LEWIS, FEINBERG. LEE. RENAKER & JACKSON, PC
476-9th Street
Suite 1800
Oakland, California  94607
Telephone:  (510) 839-6824
Facsimile:   (510) 839-7839
E-Mail:  trenaker@lewis feinberg.com
         jcampins@lewisfeinberg.com

Attorneys for Plaintiff
DAVID KOEHN


STEVEN H. FRANKEL (SBN 171919)
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, California  94105
Telephone: (415) 882-5000
Facsimile:  (415) 882-0300
E-Mail:  steven.frankel@snrdenton.com

Attorneys for Defendant
FIREMAN'S FUND INSURANCE COMPANY
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID KOEHN, | No. 10-05439  CW |
| Plaintiff. | **STIPULATION AND ORDER CHANGING HEARING ON DEFENDANT'S MOTION TO DISMISS AND CHANGING DATE FOR CASE MANAGEMENT CONFERENCE** |
| vs. | |
| FIREMAN'S FUND INSURANCE COMPANY LONG TERM DISABILITY PLAN, | |
| | [Civil L.R. 6-2] |
| Defendant. | Judge:  Hon. Claudia Wilken |

CASE NO. 10-05439 CW                            STIPULATION AND [~~PROPOSED~~]
                                                ORDER CHANGING HEARING DATE
                                                AND CASE MANAGEMENT CONFERENCE

1      Pursuant to Civil L.R. 6-2, Plaintiff David Koehn ("Plaintiff") and Defendant Fireman's Fund Insurance Company Long Term Disability Plan ("Defendant"), through their respective counsel, stipulate and agree as follows:

4      WHEREAS, on December 1, 2010, Plaintiff filed his Complaint in this action.

5      WHEREAS, on February 2, 2011, Defendant filed its Motion to Dismiss Plaintiff's Complaint that is currently set for hearing on March 17, 2011 at 2:00 p.m.

7      WHEREAS, a Case Management Conference is currently scheduled for March 29, 2011 at 2:00 p.m.

9      WHEREAS, because Plaintiff and Defendant are exploring the possible settlement of this action, they desire to continue the hearing on Defendant's Motion to Dismiss, continue the Case Management Conference and continue related Case Management deadlines.

12     WHEREAS, other than two stipulated extensions extending the time for Defendant to respond to Plaintiff's Complaint, there have been no other extensions of time in this action.

14     IT IS THEREFORE STIPULATED AND AGREED:

15     1.    The hearing on Defendant's Motion to Dismiss is changed from March 17, 2011 to March 31, 2011 at 2:00 p.m. or such other date that is convenient for the Court's calendar.

17     2.    Defendant shall file its Reply Memorandum in support of its Motion to Dismiss by no later than March 17, 2011.

19     3.    The March 29, 2011 Case Management Conference is vacated, and reset to take place immediately following the hearing on Defendant's Motion to Dismiss on March 31, 2011 or such other date that is convenient for the Court's calendar.   A Joint Case Management Conference Statement shall be filed by the parties by March 24, 2011.

23     4.    The last day for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery; to file ADR certification, and to file Stipulation to ADR process or Notice of Need for ADR Telephone Conference is extended from March 3, 2011 to March 17, 2011.

27     5.    The last day for the parties to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report is extended from March 17, 2011 to March 31, 2011.

1   IT IS SO STIPULATED.

Dated:  February 28, 2011

                          LEWIS, FEINBERG. LEE. RENAKER, & JACKSON, PC


                          By  /s/ Julia Campins_____
                                Julia Campins
                          Attorneys for Plaintiff
                          DAVID KOEHN

Dated:  February 28, 2011       SNR DENTON US LLP


                          By  /s/ Steven H. Frankel_____
                                Steven H. Frankel
                          Attorneys for Defendant
                          FIREMAN'S FUND INSURANCE
                          COMPANY LONG TERM DISABILITY
                          PLAN


## [~~PROPOSED~~] ORDER

For good cause shown, the Stipulation is granted.  Absent the Court being advised in advance of the dates set forth below that the parties have settled this action, the following schedule shall apply:

    1.    The hearing on Defendant's Motion to Dismiss is continued from March 17, 2011 to March 31, 2011 at 2:00 p.m.

    2.    Defendant shall file its Reply Memorandum in support of its Motion to Dismiss by no later than March 17, 2011

    3.    The March 29, 2011 Case Management Conference is vacated and the Case Management Conference is reset to take place immediately following the hearing on Defendant's Motion to Dismiss on March 31, 2011.  A Joint Case Management Statement shall be filed by the parties by no later than March 24, 2011.

1  4. The last day for the parties to meet and confer re: initial disclosures, early settlement,
2 ADR process selection and discovery, to file ADR certification, and to file Stipulation to ADR
3 process or Notice of Need for ADR Telephone Conference is continued from March 3, 2011 to
4 March 17, 2011.

5  5. The last day for the parties to file Rule 26(f) Report, complete initial disclosures or
6 state objection in Rule 26(f) Report is extended from March 17, 2011 to March 31, 2011.

7  IT IS SO ORDERED.

8  Dated:  March 2, 2011

_____
Claudia Wilken
United States District Judge

cc: ADR

-4-

Case No. 10-05439 CW        STIPULATION [PROPOSED] ORDER CHANGING HEARING DATE AND CASE MANAGEMENT CONFERENCE

|   |   |
|---|---|
| 1 | **<u>CERTIFICATION</u>** |

2   I, Steven H. Frankel, am the ECF User whose identification and password are being

3   used to file this Stipulation and [Proposed] Changing Hearing On Defendant's Motion To Dismiss

4   And Changing Date For Case Management Conference In compliance with General Order

5   45.X.B., I hereby attest that Julia Campins, counsel for Plaintiff, concurred in this filing.

7   Dated:  February 28, 2011                                    <u>/s/ Steven H. Frankel      </u>
                                                                                Steven H. Frankel

**PROOF OF SERVICE**

I, Diane Vivian Donner, hereby declare:

I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court whose direction the following service was made.  I am over the age of eighteen years and not a party to the within action.  My business address is SNR Denton US LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On February 28, 2011, the following document, described as:

**STIPULATION AND [PROPOSED] ORDER CHANGING HEARING ON DEFENDANT'S MOTION TO DISMISS AND CHANGING DATE FOR CASE MANAGEMENT CONFERENCE**

was served via CM/ECF by the Clerk of the Court, upon all counsel of record registered to receive electronic filing, as indicated on the Court's website, or by United States Mail, upon those parties not registered for electronic filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed on February 28, 2011 at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Diane Vivian Donner*
　　　　　　　　　　　　　　　　　　　　　　　　　Diane Vivian Donner