1  TERESA S. RENAKER (SBN 187800)
   JULIA CAMPINS (SBN 238023)
2  LEWIS, FEINBERG. LEE. RENAKER & JACKSON, PC
   476-9th Street
3  Suite 1800
   Oakland, California  94607
4  Telephone:  (510) 839-6824
   Facsimile:   (510) 839-7839
5  E-Mail:  trenaker@lewis feinberg.com
            jcampins@lewisfeinberg.com
6
   Attorneys for Plaintiff
7  DAVID KOEHN

8

9  STEVEN H. FRANKEL (SBN 171919)
   SNR DENTON US LLP
10 525 Market Street, 26th Floor
   San Francisco, California  94105
11 Telephone: (415) 882-5000
   Facsimile:  (415) 882-0300
12 E-Mail:  steven.frankel@snrdenton.com

13 Attorneys for Defendant
   FIREMAN'S FUND INSURANCE COMPANY
14 LONG TERM DISABILITY PLAN

15

16                       UNITED STATES DISTRICT COURT

17                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                               OAKLAND DIVISION

19
                                          |  No. 10-05439  CW
20 DAVID KOEHN,                           |
                                          |
21              Plaintiff.                |  **STIPULATION AND ORDER**
                                          |  **VACATING HEARING ON**
22     vs.                                |  **DEFENDANT'S MOTION TO DISMISS**
                                          |  **AND VACATING CASE**
23 FIREMAN'S FUND INSURANCE               |  **MANAGEMENT CONFERENCE AND**
   COMPANY LONG TERM DISABILITY           |  **RELATED DEADLINES**
24 PLAN,                                  |
                                          |  [Civil L.R. 6-2]
25              Defendant.                |
                                          |  Judge:  Hon. Claudia Wilken
26

27

28

   CASE NO. 10-05439 CW                           STIPULATION AND [~~PROPOSED~~]
                                                  ORDER VACATING  HEARING DATE
                                                  AND CASE MANAGEMENT CONFERENCE

1. Pursuant to Civil L.R. 6-2, Plaintiff David Koehn ("Plaintiff") and Defendant Fireman's Fund Insurance Company Long Term Disability Plan ("Defendant"), through their respective counsel, state that the parties reached an agreement in principle on March 17, 2011, subject to and contingent on execution of a written settlement agreement, that completely resolves and settles this action. As a result, Plaintiff and Defendant stipulate and agree as follows:

1. The March 31, 2011 hearing on Defendant's Motion to Dismiss, the March 31, 2011 Case Management Conference and all related deadlines for filing any Reply Memorandum, Joint Case Management Conference Statement and other related Case Management deadlines should be vacated.

2. A Stipulation and [Proposed] Order dismissing this action with prejudice shall be filed by the parties by no later than April 28, 2010.

IT IS SO STIPULATED.

Dated: March 17, 2011

          LEWIS, FEINBERG. LEE. RENAKER, & JACKSON, PC


By /s/ Julia Campins_____
    Julia Campins
Attorneys for Plaintiff
DAVID KOEHN

Dated: March 17, 2011    SNR DENTON US LLP


By /s/ Steven H. Frankel_____
    Steven H. Frankel
Attorneys for Defendant
FIREMAN'S FUND INSURANCE
COMPANY LONG TERM DISABILITY
PLAN

**ORDER**

For good cause shown, and pursuant to Stipulation, it is hereby ordered:

1. The March 31, 2011 hearing on Defendant's Motion to Dismiss, the March 31, 2011 Case Management Conference and all related deadlines for filing any Reply Memorandum, Joint Case Management Conference Statement and other related Case Management deadlines are vacated..

2. A Stipulation and [Proposed] Order dismissing this action with prejudice shall be filed by the parties by no later than April 28, 2010.

IT IS SO ORDERED.

Dated:  March 29, 2011

_____
Claudia Wilken
United States District Judge