TERESA S. RENAKER (SBN 187800)
JULIA CAMPINS (SBN 238023)
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, PC
476-9th Street
Suite 1800
Oakland, California  94607
Telephone:  (510) 839-6824
Facsimile:   (510) 839-7839
E-Mail:  trenaker@lewisfeinberg.com
         jcampins@lewisfeinberg.com

Attorneys for Plaintiff
DAVID KOEHN


STEVEN H. FRANKEL (SBN 171919)
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, California  94105
Telephone: (415) 882-5000
Facsimile:  (415) 882-0300
E-Mail:  steven.frankel@snrdenton.com

Attorneys for Defendant
FIREMAN'S FUND INSURANCE COMPANY
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID KOEHN,<br><br>          Plaintiff.<br><br>     vs.<br><br>FIREMAN'S FUND INSURANCE COMPANY LONG TERM DISABILITY PLAN,<br><br>          Defendant | No. 10-05439  CW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**<br><br>[Fed. R. Civ. P. 41(a)(1)(A(ii)]<br><br>Judge:  Hon. Claudia Wilken |

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate
2   that this action shall be DISMISSED in its entirety WITH PREJUDICE.  Each side shall bear its
3   own fees and costs.
4       IT IS SO STIPULATED.

6   Dated:  April 28, 2011
7       LEWIS, FEINBERG, LEE, RENAKER & JACKSON, PC

9       By  /s/ Julia Campins_____
    Julia Campins
10      Attorneys for Plaintiff
    DAVID KOEHN
11

12  Dated:  April 28, 2011    SNR DENTON US LLP

14      By  /s/ Steven H. Frankel_____
    Steven H. Frankel
15      Attorneys for Defendant
    FIREMAN'S FUND INSURANCE
16      COMPANY LONG TERM DISABILITY
    PLAN
17

18  **ORDER**

19  Pursuant to Stipulation, IT IS HEREBY ORDERED that this action is dismissed in its
20  entirety with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall
21  bear its own fees and costs.
22      IT IS SO ORDERED.
23  Dated:  April 29, 2011

26  _____
    Claudia Wilken
    United States District Judge

CASE NO. 10-05439 CW    - 1 -    STIPULATION FOR DISMISSAL
WITH PREJUDICE AND [PROPOSED] ORDER

## CERTIFICATION

I, Steven H. Frankel, am the ECF User whose identification and password are being used to file this Stipulation For Dismissal With Prejudice and [Proposed] Order.  In compliance with General Order 45.X.B., I hereby attest that Julia Campins, counsel for Plaintiff, concurred in this filing.


Dated:  April 28, 2011               /s/ Steven H. Frankel_____
                                            Steven H. Frankel

1 | **PROOF OF SERVICE**

2 | I, Diane Vivian Donner, hereby declare:

3 | I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is SNR Denton US LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On April 28, 2011, the following document, described as:

**STIPULATION FOR DISMISSAL WITH PREJUDICE
AND [PROPOSED] ORDER**

was served via CM/ECF by the Clerk of the Court, upon all counsel of record registered to receive electronic filing, as indicated on the Court's website, or by United States Mail, upon those parties not registered for electronic filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed on April 28, 2011 at San Francisco, California.

                                                                         /s/ *Diane Vivian Donner*
                                                                            Diane Vivian Donner